EXHIBIT A

 Party Search Results

**Search Criteria:** Party Search; Case Title (Starts With): [Doe]; Last Name: [Gorman]; First Name: [Terry]; Party Role: [ATY]; Sort: [Date Filed, Ascending]
**Result Count:** 31 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
| --- | --- | --- | --- | --- | --- |
| Gorman, Terry P (aty) | 4:2018cv00017 | Doe v. University of North Texas | Texas Eastern District Court | 01/08/2018 | 12/10/2018 |
| Gorman, Terry P (aty) | 4:2018cv00079 | Doe v. Humble Independent School District | Texas Southern District Court | 01/10/2018 | 10/05/2018 |
| Gorman, Terry P. (aty) | 5:2018cv00889 | Doe v. Harlandale Independent School District | Texas Western District Court | 08/28/2018 | 06/13/2019 |
| Gorman, Terry P (aty) | 4:2018cv03556 | DOE v. Goose Creek Consolidated Independent School District et al | Texas Southern District Court | 10/02/2018 | 03/27/2019 |
| Gorman, Terry P. (aty) | 1:2018cv00922 | Doe v. Round Rock Independent School District | Texas Western District Court | 10/25/2018 | 09/09/2019 |
| Gorman, Terry P (aty) | 4:2018cv04281 | DOE v. Humble ISD | Texas Southern District Court | 11/11/2018 | 07/22/2019 |
| Gorman, Terry P (aty) | 4:2018cv04539 | Doe v. Lambropoulos et al | Texas Southern District Court | 11/30/2018 | 07/17/2019 |
| Gorman, Terry P. (aty) | 1:2019cv00103 | Doe v. University of Texas at Austin | Texas Western District Court | 02/09/2019 | 06/17/2019 |
| Gorman, Terry P (aty) | 5:2019cv00042 | Doe v. Texas Tech University Health Sciences Center et al | Texas Northern District Court | 02/26/2019 | |
| Gorman, Terry P. (aty) | 5:2019cv00248 | DOE v. UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO et al | Texas Western District Court | 03/13/2019 | |
| Gorman, Terry P. (aty) | 1:2019cv00398 | Doe et al v. The University of Texas at Austin | Texas Western District Court | 04/09/2019 | 11/08/2019 |
| Gorman, Terry P. (aty) | 1:2019cv00428 | Doe v. Georgetown Independent School District | Texas Western District Court | 04/17/2019 | 08/30/2019 |
| Gorman, Terry P. (aty) | 1:2019cv00430 | Doe v. Lake Travis Independent School District et al | Texas Western District Court | 04/18/2019 | |

**Page 1 of 3**

**EXHIBIT A**

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Gorman, Terry P. (aty) | 1:2019cv00434 | Doe v. The University of Texas at Austin | Texas Western District Court | 04/21/2019 | 09/10/2019 |
| Gorman, Terry P (aty) | 6:2019cv00036 | DOE v. University of Houston-Victoria | Texas Southern District Court | 04/24/2019 | |
| Gorman, Terry P (aty) | 4:2019cv01516 | DOE v. Goose Creek Consolidated Independent School District et al | Texas Southern District Court | 04/24/2019 | |
| Gorman, Terry P. (aty) | 1:2019cv00451 | Doe v. The University Of Texas Austin | Texas Western District Court | 04/26/2019 | 09/10/2019 |
| Gorman, Terry P. (aty) | 5:2019cv00453 | Doe v. The University of Texas Health Science Center at San Antonio, et al | Texas Western District Court | 04/30/2019 | |
| Gorman, Terry P (aty) | 4:2019cv00411 | DOE v. Tarleton State Univ | Texas Northern District Court | 05/19/2019 | 06/17/2019 |
| Gorman, Terry P. (aty) | 1:2019cv00538 | DOE v. Eanes Independent School District | Texas Western District Court | 05/20/2019 | 11/19/2019 |
| Gorman, Terry P. (aty) | 1:2019cv00602 | Doe v. Round Rock Independent School District | Texas Western District Court | 06/11/2019 | |
| Gorman, Terry P. (aty) | 6:2019cv00373 | Doe v. Tarleton State University-Waco | Texas Western District Court | 06/14/2019 | |
| Gorman, Terry P. (aty) | 6:2019cv00445 | DOE v. Belton Independent School District | Texas Western District Court | 07/26/2019 | |
| Gorman, Terry P. (aty) | 1:2019cv00756 | Doe v. The University of Texas at Austin | Texas Western District Court | 07/28/2019 | 09/17/2019 |
| Gorman, Terry P. (aty) | 5:2019cv00957 | Doe v. University Incarnate Word et al | Texas Western District Court | 08/06/2019 | |
| Gorman, Terry P. (aty) | 1:2019cv00858 | Doe v. University Interscholastic League | Texas Western District Court | 08/31/2019 | 11/04/2019 |
| Gorman, Terry P. (aty) | 6:2019cv00638 | Doe v. Central Texas College | Texas Western District Court | 10/31/2019 | |
| Gorman, Terry P (aty) | 9:2019cv00201 | Doe v. Stephan F. Austin State University | Texas Eastern District Court | 11/02/2019 | |
| Gorman, Terry P. (aty) | 1:2019cv01202 | Doe v. University of Texas At Austin | Texas Western District Court | 12/11/2019 | |
| Gorman, Terry P. (aty) | 2:2020cv00016 | DOE v. Eagle Pass Independent School District | Texas Western District Court | 02/20/2020 | |

**Page 2 of 3**

**EXHIBIT A**

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Gorman, Terry P (aty) | 6:2020cv00012 | Doe v. Woodsboro Independent School District | Texas Southern District Court | 02/29/2020 | |

**PACER Service Center**

Receipt 03/05/2020 17:01:53 1778647073

| | |
|---|---|
| **User** | |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name Gorman, Terry; Role aty; All Courts; Case Title Doe; Page: 1; sort: DateFiled, ASC |
| **Billable Pages** | |

Page 3 of 3