IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANE UTAUS-VA DOE, §<br>   *Plaintiff,* §<br> §<br>v. §<br> §<br>THE UNIVERSITY OF TEXAS §<br>AT AUSTIN §<br>   *Defendant.* § | Civil Action No. 1:19-cv-01202-RP |

## ORDER

On this day came on to be considered Defendant The University of Texas at Austin's Motion for More Definite Statement and/or Motion to Require Plaintiff to Use her True Name. After due consideration of the motion, the response, the evidence, and the law, the Court finds that Defendant's Motion is meritorious and should be GRANTED.

IT IS HEREBY ORDERED that Defendant's Motion for More Definite Statement and/or Motion to Require Plaintiff to Use her True Name is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint to disclose her true name, provide additional facts concerning the alleged conduct by UT Austin that Plaintiff alleges violated Title II of the ADA and the Rehabilitation Act, and provide dates for the alleged conduct on or before _____.

SIGNED this _____ day of March, 2020.

_____
HONORABLE JUDGE ROBERT L. PITMAN
UNITED STATES DISTRICT COURT