# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA § | |
|     Plaintiff § | |
| § | |
| vs. § | |
| § | C.A. No. 1:19-cv-01202-RP |
| THE UNIVERSITY OF TEXAS § | |
| AT AUSTIN § | |
|     Defendant § | |
| § | |

## **PLAINTIFF'S ADVISORY AS TO IDENTITY OF PLAINTIFF**

COMES NOW, Plaintiff AMANDA VALENZUELA ("Amanda") to file this "PLAINTIFF'S ADVISORY AS TO IDENTITY OF PLAINTIFF" ("Advisory") as follows:

In accord with this Court's Order issued on March 24, 2020 (*DKT. #6*), Plaintiff Amanda now hereby identifies herself as AMANDA VALENZUELA, previously referred to herein as JANE UTAUS-VA DOE.

WHEREFORE, Plaintiff Amanda advises this Court that further prosecution of this matter shall be conducted under Amanda's true name as opposed to a Jane Doe.

Respectfully submitted,

          Gorman Law Firm, pllc

By: _____
          Terry P Gorman, Esq.
          Texas Bar No. 08218200
          tgorman@school-law.co
901 Mopac Expressway South, Suite 300
Austin, Texas 78746
Telephone: (214)-802-3477 (direct)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF**
**AMANDA VALENZUELA**

## CERTIFICATE OF SERVICE

This is to certify that on this the 26th day of March 2020, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure utilizing the *VIA CM/ECF* filing system being:

**SUMMER R. LEE**
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station Austin
Texas 78711-2548
summer.lee@oag.texas.gov
**ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF TEXAS AT AUSTIN**

By: _____
Terry P Gorman, Esq.