# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>    *fka* JANE UTAUS-VA DOE<br>    **Plaintiff**<br>vs.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN<br>    **Defendant** | §<br>§<br>§<br>§<br>§   C.A. No. 1:19-cv-01202-RP<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE A MORE DEFINITE STATEMENT

Pending before this Court is "PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE A MORE DEFINITE STATEMENT" ("Motion") (*ECF #9*). Upon consideration of the Motion, it is the opinion of the Court that it should be GRANTED.

It is, therefore, Ordered that this Court's deadline for Plaintiff to file a more definite statement is hereby extended for fourteen (14) days with a new due date of April 21, 2020.

SIGNED on this the _____, day of April 2020.

_____<br>
JUDGE PRESIDING