### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA, § <br>    *fka* JANE UTAUS-VA DOE § <br>    **Plaintiff** § <br> vs. § <br> §    **C.A. No. 1:19-cv-01202-RP** <br> THE UNIVERSITY OF TEXAS § <br> AT AUSTIN § <br>    **Defendant** § | |

## PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF DEADLINE TO FILE A MORE DEFINITE STATEMENT

COMES NOW, Plaintiff AMANDA VALENZUELA ("Amanda") to file this "PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF DEADLINE TO FILE A MORE DEFINITE STATEMENT" ("Motion") as follows:

1. On March 24, 2020, this Court entered its Order *(ECF 6)* instructing Plaintiff to file a more definite statement (as to Plaintiff's Original Complaint) by April 7, 2020.

2. Thereafter, the Court granted Plaintiff's request for an extension to April 21, 2020, which was granted ("Deadline").

3. Plaintiff now respectfully requests that the Deadline for Plaintiff to file a more definite statement be extended for seven (7) additional days, being to April 28, 2020, due to the medical emergency previously described as well as the

continuing negative impact on the firm for counsel for Plaintiff as a result of the Covid: 19 virus.

4. Plaintiff, therefore, respectfully seeks an extension of seven (7) days as to the Deadline which will allow sufficient time to prepare the more definite statement in accordance with this Court's Order.

5. Plaintiff's request is being made not for delay, but so that justice may be done.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for a seven (7) day extension of the Deadline and enter an order extending the Deadline for Plaintiff to file a more definite statement to April 28, 2020

Respectfully submitted,

                                       Gorman Law Firm, pllc

By: _____
        Terry P Gorman, Esq.
        Texas Bar No. 08218200
        tgorman@school-law.co
901 Mopac Expressway South, Suite 300
Austin, Texas 78746
Telephone: (214)-802-3477 (direct)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF**
**AMANDA VALENZUELA**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 20th day of April 2020, I communicated with counsel for Defendant as to the foregoing request for relief, and <u>Defendant does not object to the relief requested.</u>

_____
TERRY P. GORMAN

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of April 2020, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure utilizing the *VIA CM/ECF* filing system being:

**SUMMER R. LEE**
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station Austin
Texas 78711-2548
summer.lee@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**
**THE UNIVERSITY OF TEXAS AT AUSTIN**

By: _____
Terry P Gorman, Esq.