**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| AMANDA VALENZUELA,        § | |
|     *fka* JANE UTAUS-VA DOE § | |
|     Plaintiff         § | |
| vs.                § | |
|                § | C.A. No. 1:19-cv-01202-RP |
| THE UNIVERSITY OF TEXAS   § | |
| AT AUSTIN           § | |
|     Defendant        § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF DEADLINE TO FILE A MORE DEFINITE STATEMENT

Pending before this Court is "PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF DEADLINE TO FILE A MORE DEFINITE STATEMENT" ("Motion") (*ECF #11*). Upon consideration of the Motion, it is the opinion of the Court that it should be GRANTED.

It is, therefore, Ordered that this Court's deadline for Plaintiff to file a more definite statement is hereby extended for seven (7) days with a new due date of April 28, 2020.

SIGNED on this the _____, day of April 2020.

_____
JUDGE PRESIDING
