IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:19-cv-01202-RP |
| THE UNIVERSITY OF TEXAS<br>AT AUSTIN<br>    *Defendant.* | §<br>§ | |

**AGREED MOTION TO STAY DEADLINES**

TO THE HONORABLE JUDGE ROBERT PITMAN:

NOW COMES Plaintiff, Amanda Valenzuela, and Defendant, The University of Texas at Austin ("UTAustin"), collectively the "Parties", and hereby file this Agreed Motion to Stay Deadlines. In support, the Parties would show the Court as follows:

1. The Parties are in the process of attempting to amicably resolve the claims in Plaintiff's First Amended Complaint. If the Parties are able to resolve the claims, there will be no need to proceed with the litigation.

2. The Parties will require additional time beyond UTAustin's responsive pleading deadline of May 26, 2020, in order to continue their deliberations.

3. The Parties respectfully request the Court to stay all deadlines, including UTAustin's responsive pleading deadline under Federal Rule of Civil Procedure 12, for one month until June 22, 2020.

4. The Parties will notify the Court if they are able to resolve all claims in the lawsuit for dismissal by June 22, 2020. If the Parties are not able to amicably resolve this matter, the Parties will provide for the Court's consideration a date by which UTAustin will file its responsive

pleading to Plaintiff's First Amended Complaint.

5. This proposed extension is not brought for purpose of delay, but so that the Parties can determine whether this matter can be resolved without additional litigation.

For these reasons, the Parties respectfully request that the Court stay all deadlines, including UTAustin's deadline to answer or otherwise respond under Rule 12 to Plaintiff's First Amended Complaint, and for such other relief to which they are justly entitled.

Date: May 22, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Terry P. Gorman* | /s/ *Summer R. Lee* |
| **TERRY P GORMAN** | **SUMMER R. LEE** |
| Texas Bar No. 08218200 | Attorney-In-Charge |
| tgorman@school-law.com | Texas Bar No. 24046283 |
| 901 Mopac Expressway South, Suite 300 | Assistant Attorney General |
| Austin, Texas 78746 | General Litigation Division |
| Telephone: (214)-802-3477 (direct) | P.O. Box 12548, Capitol Station |
| Telecopier: (512) 597-1455 | Austin, Texas 78711-2548 |
| **ATTORNEYS FOR PLAINTIFF** | (512) 475-4031 |
| **AMANDA VALENZUELA** | FAX: (512) 320-0667 |
| | summer.lee@oag.texas.gov |
| | **ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN** |