IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>    *Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN<br>    *Defendant.* | §<br>§<br>§<br>§   Civil Action No. 1:19-cv-01202-RP<br>§<br>§<br>§ |

## ORDER

Came on to be considered is Plaintiff, Amanda Valenzuela, and Defendant, The University of Texas at Austin ("UTAustin"), collectively the "Parties", Agreed Motion to Stay Deadlines (the "Motion"). After due consideration, it is the opinion of this Court that the Motion is meritorious and should be GRANTED.

The Court finds that all deadlines, including Defendant UTAustin's responsive pleading deadline under Federal Rule of Civil Procedure 12, are stayed until June 22, 2020.

The Parties shall notify the Court in writing by June 22, 2020, whether the claims in this lawsuit have been resolved and can be dismissed. If the claims cannot be dismissed, the Parties shall state a deadline by which Defendant UTAustin will file its responsive pleading deadline under Federal Rule of Civil Procedure 12. The Court will consider this request and rule accordingly.

SIGNED this _____ day of May, 2020.

_____
HONORABLE JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT