IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-1202-RP |
| THE UNIVERSITY OF TEXAS AT AUSTIN, | § § § | |
| Defendant. | § | |

## ORDER

On May 22, 2020, Plaintiff Amanda Valenzuela ("Valenzuela") and Defendant the University of Texas at Austin ("UT") filed an Agreed Motion to Stay Deadlines. (Dkt. 14). They state that they "are in the process of attempting to amicable resolve [Valenzuela's] claims and therefore ask the Court to "stay all deadlines . . . until June 22, 2020." (*Id.*). Currently, no scheduling order is in place.

The Court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Here, the Court finds good cause to stay the case in the interest of fair and efficient dispute resolution.

Accordingly, **IT IS ORDERED** that that this action is **STAYED** until **June 22, 2020**.

**IT IS FURTHER ORDERED** that the parties shall file either a joint stipulation of dismissal or a report apprising the Court of the status of the case by **June 22, 2020**.

**SIGNED** on May 26, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE