### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA, § | |
|     Plaintiff § | |
| vs. § | |
| § | C.A. No. 1:19-cv-01202-RP |
| THE UNIVERSITY OF TEXAS § | |
| AT AUSTIN § | |
|     Defendant § | |

### **PLAINTIFF'S STATUS REPORT**

COMES NOW, Plaintiff AMANDA VALENZUELA, to file this "PLAINTIFF'S STATUS REPORT" as follows:

On May 22, 2020, the parties filed their Agreed Motion to Stay Deadlines (Dkt. 14). On May 26, 2020, the Court entered its Order staying all action in this matter until June 22, 2020, at which time the parties were ordered to file either a joint stipulation of dismissal or a report for the status of the case (Dkt. 15).

Plaintiff now reports that the parties have been unable to agree to resolve Plaintiff's claims, and Plaintiff requests that the stay be lifted so that the parties may proceed with this matter.

Defendant was offered a draft of a joint report, stating the foregoing, and stated that Defendant would be filing its own status report.

Respectfully submitted,

        Gorman Law Firm, pllc

By: _/s/ Terry P. Gorman_

        Terry P Gorman, Esq.
        Texas Bar No. 08218200
        tgorman@school-law.co
901 Mopac Expressway South, Suite 300
Austin, Texas 78746
Telephone: (214)-802-3477 (direct)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF**
**AMANDA VALENZUELA**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 22nd day of June 2020, I communicated with counsel for Defendant as to the filing of a Joint Status Report, and Defendant stated that Defendant would be filing its own status report.

_____
TERRY P. GORMAN

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of June 2020, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure utilizing the *VIA CM/ECF* filing system being:

**SUMMER R. LEE**
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station Austin
Texas 78711-2548
summer.lee@oag.texas.gov
**ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF TEXAS AT AUSTIN**

By: _____
Terry P Gorman, Esq.