IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>    *Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN<br>    *Defendant.* | §<br>§<br>§<br>§   Civil Action No. 1:19-cv-01202-RP<br>§<br>§<br>§ |

### DEFENDANT'S STATUS REPORT

COMES NOW, Defendant The University of Texas at Austin ("UT Austin") to file this Defendant's Status Report as set out in the Court's Order (**Dkt. 15**), and would show the Court as follows:

1.   On May 22, 2020, Plaintiff Amanda Valenzuela and Defendant UT Austin (collectively, "the Parties") filed their Agreed Motion to Stay Deadlines in an effort to attempt to amicably resolve all claims. **Dkt. 14**.

2.   On May 26, 2020, the Court entered its Order staying all action in this matter until June 22, 2020, at which time the Parties were ordered to file either a joint stipulation of dismissal or a report for the status of the case. **Dkt. 15**.

3.   Since the filing of the Agreed Motion to Stay Deadlines, the undersigned counsel has not received the agreed upon requested information or any communications from counsel for Plaintiff in order to attempt to amicably resolve all claims. On June 22, 2020, counsel for Plaintiff indicated that he would not be sending the requested information and that Plaintiff preferred to litigate the lawsuit instead.

4. Because the Parties were not able to amicably resolve all claims, UT Austin requests that the Court allow it until July 13, 2020, to file an answer or otherwise respond under Federal Rule of Civil Procedure 12 to Plaintiff's First Amended Complaint. **Dkt. 12**.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

 */s/  Summer R. Lee*
**SUMMER R. LEE**
Texas Bar No. 24046283
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512) 475-4031/FAX (512) 474-2697
summer.lee@oag.texas.gov
**ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN**

## CERTIFICATE OF CONFERENCE

The undersigned contacted Plaintiff's counsel, Terry Gorman, on June 18, 2020, to confer regarding the joint status report. Mr. Gorman contacted the undersigned on June 22, 2020 and indicated that Plaintiff did not want to engage in attempting to amicably resolve all claims and had decided to proceed with the litigation. Since UT Austin is still open to amicably resolve all claims, it could not agree on the proposed language in Plaintiff's proposed joint status report.

/s/ *Summer R. Lee*
**SUMMER R. LEE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through CM/ECF filing, on this the **22nd day of June, 2020**, upon the following individuals:

Terry P. Gorman, Esq.
Gorman Law Firm, pllc
901 Mopac Expressway South, Ste. 300
Austin, Texas 78746
tgorman@school-law.co
*Attorney for Plaintiffs*

/s/ *Summer R. Lee*
**SUMMER R. LEE**
Assistant Attorney General