UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jane Utaus-Va Doe, Amanda Valenzuela | § § | |
| vs. | § § | NO:   AU:19-CV-01202-RP |
| University of Texas At Austin | § | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on July 01, 2020 at 09:00 AM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to the Courtroom Deputy at julie_golden@txwd.uscourts.gov.

**SIGNED** on 23rd day of June, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE