

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| **SUMMER R. LEE**  Assistant Attorney General  General Litigation Division | PHONE:  (512) 475-4031  FAX:  (512) 320-0667  EMAIL:  summer.lee@oag.texas.gov |

July 1, 2020

<u>*Via CM/ECF*</u>
The Honorable Robert Pitman
United States District Judge
Western District of Texas
501 West 5th Street, Suite 5300
Austin, Texas 78701

  RE: *Amanda Valenzuela v. The University of Texas at Austin,* Cause No. 1:19-cv-01202-RP, in the United States District Court, Western District of Texas, Austin Division

Dear Honorable Pitman:

  Defendant, The University of Texas at Austin, files this notice with the Court to opt-in to allow The Honorable Pitman to continue presiding over the above-referenced matter.

              Regards,

              */s/ Summer R. Lee*
              SUMMER R. LEE
              Assistant Attorney General


cc: Terry Gorman (*via CM/ECF*)
   tgorman@school-law.co
   Attorney for Plaintiff Amanda Valenzuela