**EXHIBIT B**

5/26/2017                                                CASH: Satisfactory Academic Progress



The University of Texas at Austin
**Office of Financial Aid**

100 W. Dean Keeton St., E3700, Austin, TX 78712-1722
Questions? ask@finaid.utexas.edu
T: 512.475.6282   F: 512.475.6296
Website: finaid.utexas.edu/

## 2017-2018 Appeal of Satisfactory Academic Progress (SAP)

Amanda Valenzuela                                                            UT EID: ▮

Use this form to appeal your financial aid suspension. Before completing and submitting this appeal, please review the **Satisfactory Academic Progress policy**. Lack of policy knowledge is not sufficient for the approval of an appeal.

### REASON FOR APPEAL

You have completed **9** out of **27** attempted hours. Your pace is **33.3%**, below the required **75%** Pace.

### REQUIREMENTS FOR COMPLETING THE APPEAL PROCESS

- **A personal statement is required.** Include a statement detailing the circumstances which prevented you from maintaining Satisfactory Academic Progress. Address **all** semesters that were not completed successfully **and** explain the steps you have taken to improve your academic record.

- **Provide documentation or statements that support your situation.** Include supporting statements from professional persons familiar with your situation, such as counseling offices/agencies; physicians; or employers. Examples of additional documentation include your Interactive Degree Audit, police reports, medical documentation, transcripts from other universities, or other relevant documents that support your situation. **Failure to substantiate your situation will result in your appeal being denied for lack of documentation.**

- SUBMIT YOUR APPEAL ONE-SIDED ONLY. REMOVE ALL STAPLES AND EXTRA ENVELOPES.

- **REQUIRED:** (Failure to complete this section will result in denial.)
    - Your Academic Advisor: _Muller_
    - Your college/major: _College of Fine Arts, Art History MA_
    - Total number of credit hours you have remaining to complete your degree: _21, including 9 from Spring 2017 which are being resolved_
    - Your expected graduation date: (i.e. May 2020) _December 2018, still must confirm with advisors who travel during summer months._

This appeal and all supporting documentation must be submitted to the Office of Financial Aid by the following deadlines in order to be reviewed for your next period of enrollment. **Check the semester for which you will be appealing:**

___ Summer 2017: 6/9/2017       **X** Fall 2017: 9/13/2017       ___ Spring 2018: 1/29/2018

Fee payment deadlines will not be extended and late fees will not be waived while your SAP Appeal is being reviewed. You are responsible for making full payment of your fees by the due date.

### CERTIFICATION

- I have read the requirements for completing the appeal process and certify that all of the information I have provided is true and complete to the best of my knowledge. If necessary, I agree to provide further proof of the information that I have submitted.

- I understand the submission of this form does not constitute an approval of my appeal.

- I understand if approved, I will be granted aid for one semester. To continue my eligibility I will be expected to meet Satisfactory Academic Progress or the conditions of my Academic Plan. **I UNDERSTAND FAILURE TO MEET ANY COMPONENT OF MY ACADEMIC PLAN WILL RESULT IN FINANCIAL AID SUSPENSION.**

- I understand if denied, I will not receive financial aid for this semester and I will make alternative payment arrangements.

_Amanda Val[signature]_                                              _6/30/2017_
Student Signature                                                      Date

**Page 1 of 3**

★ If any questions arise please consult Sonje Johnson, Assistant Director of Special Programs. She has aided me throughout the



**The University of Texas at Austin**
**Office of Financial Aid**

EXHIBIT B

100 W. Dean Keeton St., E3700, Austin, TX 78712-1199
Questions? ask@finaid.utexas.edu
T: 512.475.6282   F: 512.475.6296
Website: finaid.utexas.edu

RECEIVED
JAN 30 2019
FINANCIAL AID

## 2018-2019 Appeal of Satisfactory Academic Progress (SAP)

Amanda Valenzuela

UT EID: ▓▓▓▓

Use this form to appeal your financial aid suspension. Before completing and submitting this appeal, please review the **Satisfactory Academic Progress policy.** Lack of policy knowledge is not sufficient for the approval of an appeal.

### REASON FOR APPEAL

You have completed 24 out of 42 attempted hours. Your pace is **57.1%**, below the required 75% Pace.
Your **42** hours exceed the **30** hour Maximum Timeframe for your academic program.

### REQUIREMENTS FOR COMPLETING THE APPEAL PROCESS

- **A personal statement is required.** Include a statement detailing the circumstances which prevented you from maintaining Satisfactory Academic Progress. Address **all** semesters that were not completed successfully **and** explain the steps you have taken to improve your academic record.

- **Provide documentation or statements that support your situation.** Include supporting statements from professional persons familiar with your situation, such as counseling offices/agencies; physicians; or employers. Examples of additional documentation include your Interactive Degree Audit, police reports, medical documentation, transcripts from other universities, or other relevant documents that support your situation. **Failure to substantiate your situation will result in your appeal being denied for lack of documentation.**

- SUBMIT YOUR APPEAL ONE-SIDED ONLY. REMOVE ALL STAPLES AND EXTRA ENVELOPES.

- REQUIRED: (Failure to complete this section will result in denial.)
    - Your Academic Advisor: _David Stuart_
    - Your college/major: _College of Fine Arts, Art History, MA_
    - Total number of credit hours you have remaining to complete your degree: _6_
    - Your expected graduation date: (i.e. May 2020) _May 2019_

---

This appeal and all supporting documentation must be submitted to the Office of Financial Aid by the following deadlines in order to be reviewed for your next period of enrollment. **Check the semester for which you will be appealing:**

_X_ Spring 2019: 2/4/2019      ___ Summer 2019: 6/13/2019      ___ Fall 2019: 9/11/2019

Fee payment deadlines will not be extended and late fees will not be waived while your SAP Appeal is being reviewed. You are responsible for making full payment of your fees by the due date.

### CERTIFICATION

- I have read the requirements for completing the appeal process and certify that all of the information I have provided is true and complete to the best of my knowledge. If necessary, I agree to provide further proof of the information that I have submitted.

- I understand the submission of this form does not constitute an approval of my appeal.

- I understand if approved, I will be granted aid for one semester. To continue my eligibility I will be expected to meet Satisfactory Academic Progress or the conditions of my Academic Plan. **I UNDERSTAND FAILURE TO MEET ANY COMPONENT OF MY ACADEMIC PLAN WILL RESULT IN FINANCIAL AID SUSPENSION.**

- I understand if denied, I will not receive financial aid for this semester and I will make alternative payment arrangements.

_Amanda Valenzuela_ (signature)      01/30/2019
Student Signature                     Date

**Page 2 of 3**

# EXHIBIT B

| | |
|---|---|
| **From:** | SAP Appeals Team |
| **To:** | Amanda Valenzuela |
| **Subject:** | Satisfactory Academic Progress Appeal Decision |
| **Date:** | Tuesday, February 5, 2019 8:14:00 AM |

Amanda (█████),

The Office of Student Financial Services has approved your Satisfactory Academic Progress Appeal based on the expectation that you will graduate at the end of this semester. If you do not graduate at the end of your probationary semester, you will be placed on Financial Aid Suspension.

To view your current SAP status, please visit your CA$H page. If you have questions about our SAP policy, please see our website: https://finaid.utexas.edu/manage-aid/maintaining-eligibility/.

Sincerely,

**Satisfactory Academic Progress Appeal Team/oa**

The University of Texas at Austin | Office of Financial Aid | Finaid.utexas.edu | Facebook | Twitter | AskFinaid!

http://finaid.utexas.edu/