**EXHIBIT C**

**Subject:** Re: Question
**Date:** Thursday, January 23, 2020 at 8:14:27 AM Central Standard Time
**From:** Amanda Valenzuela
**To:** Davies, Penelope J

Dear Dr. Davies,

Congratulations on such an honor and exciting opportunity! I sincerely hope Sweden treats you well this semester! When Jill Velez was not sure of where you would be this semester I briefly discussed the matter with Dr. Clarke. He advised me to consult with you before making any decisions about my colloquium/thesis. If necessary I am able to take a semester of leave until you return from Sweden. I am still keen on my topic on the Temple of Apollo Sosianus and would like to finish the program with that in mind.

All best,
Amanda

On Thu, Jan 23, 2020 at 6:31 AM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

> Dear Amanda,
>
> Good to hear from you. In fact I'm not in Austin; I'm a visiting professor in Lund, Sweden, until June.
>
> All best,
>
> PJED
>
> Penelope J. E. Davies  I  Professor  I  FSA
>
> Department of Art & Art History
>
> University of Texas at Austin, 2301 San Jacinto Blvd, D 1300, Austin, TX 78712, USA
>
> T +1 512 232.2319  I  F +1 512 471.5539  I  E pjedavies@austin.utexas.edu
>
> ---
>
> **From:** Amanda Valenzuela
> **Date:** Wednesday, January 22, 2020 at 6:52 PM
> **To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
> **Subject:** Question
>
> Dear Dr. Davies,
>
> I hope your holidays were pleasant and restful! I just chatted with Jill Velez and while we saw that you are not

**EXHIBIT C**

teaching any courses this semester, she was not sure if you are on sabbatical or in Austin. Are you away this semester?

Best,

Amanda Valenzuela

Sunday, July 19, 2020 at 5:41:44 PM Central Daylight Time

**EXHIBIT C**

**Subject:** Advising
**Date:**    Monday, January 27, 2020 at 10:27:24 AM Central Standard Time
**From:**    Amanda Valenzuela
**To:**      Davies, Penelope J, Clarke, John R

Dear Dr. Davies and Dr. Clarke,

I hope you well and had a restful weekend. I am writing to both of you to seek advising.
A decision must be made as to whether I am going to register for thesis credits or apply for
a leave of absence.  It is my hope to finish my colloquium and thesis on the Temple of Apollo
Sosianus, however, with Dr. Davies away this semester I am not sure how
best to approach this situation. If both of you agree, I am happy to register and continue
work under supervision of Dr. Clarke and communicate via email with Dr. Davies. However, I
respect both of your opinions, and if you decide it is best that I apply for
a leave of absence I have the form prepared and it simply needs a signature fro Dr. Clarke.


The Graduate School has advised me to turn in the leave of absence form no later than
Friday of this week if it is necessary.  Thank you both for your time.


All best,
Amanda Valenzuela

**EXHIBIT C**

RECEIVED FEB 06 2020

AUTHORIZATION FOR LEAVE OF ABSENCE
(For Master's Students and Doctoral students not in candidacy)

This form is to be used only for authorizing a leave of absence for master's **students and doctoral students NOT in doctoral candidacy.** It must be signed by the Graduate Adviser and student and returned to the Graduate School prior to the semester for which the leave is granted. **When returning, students are still required to submit the Application for Readmission but readmission to their program is automatically approved and the application fee is waived.**

A student on leave may not use any University facilities; nor is he or she entitled to receive advice from any member of the faculty. A leave of absence does not alter the time limits for degrees or coursework.

Today's Date: Jan. 30th, 2020

Student's Name: Amanda Valenzuela

Student's EID: [redacted]

Student's Signature: *[signature]*

Graduate Program: MA Art History

Major Code: 570700

☒ Master's    ☐ Doctoral

Semester/Year for which the Leave of Absence is Authorized: Spring 2020

Graduate Adviser's Name: JOHN R. CLARKE

Graduate Adviser's Signature Authorizing the Leave: *John R Clarke*

Please Return This Form To:
Graduate School (G0400)
MAI 101

**RETAIN A COPY OF THIS FORM FOR YOUR FILE**

cutout GS30  2/6/2020  dal