## EXHIBIT D

**Subject:** Amanda Valenzuela's colloquium

**Date:** Tuesday, July 28, 2020 at 4:44:54 PM Central Daylight Time

**From:** Davies, Penelope J

**To:** Amanda Valenzuela, Clarke, John R, Stuart, David S, Taylor, Rabun M, Walthall, Denton

Dear all,

Thank you agreeing to schedule this colloquium during the break. Here's the invitation:

Penelope Davies is inviting you to a scheduled Zoom meeting.

Topic: Amanda Valenzuela's MA colloquium
Time: Jul 31, 2020 01:50 PM Central Time (US and Canada)

Join Zoom Meeting
https://utexas.zoom.us/j/96672302274

Meeting ID: 966 7230 2274
One tap mobile
+13017158592,,96672302274# US (Germantown)
+13126266799,,96672302274# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Germantown)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
Meeting ID: 966 7230 2274
Find your local number: https://utexas.zoom.us/u/anOgVoEHd

Join by SIP
96672302274@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (EMEA)
103.122.166.55 (Australia)
209.9.211.110 (Hong Kong SAR)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 966 7230 2274

See you on Friday. All best,

**EXHIBIT D**

**Penelope**

Penelope J. E. Davies  FSA

Professor
Department of Art and Art History
University of Texas at Austin, 2301 San Jacinto Blvd, D 1300
Austin, TX 78712, USA
T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor
Institutionen för arkeologi och antikens historia
Lunds universitet
Sweden

**EXHIBIT D**

**Subject:** Re: Colloquium

**Date:** Tuesday, July 28, 2020 at 4:27:39 PM Central Daylight Time

**From:** Amanda Valenzuela

**To:** Davies, Penelope J

Dear Dr. Davies,

That is fine with me, I think it will work best as well.
The committee consists of yourself, Dr. Clarke, Dr. Stuart, Dr. Walthall, and Dr. Taylor.

Best,
Amanda

On Tuesday, July 28, 2020, Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

> Dear Amanda,
>
>
> I think it might make most sense if I sent out the zoom invitation, if that's ok with you. It circumvents a certain awkwardness over the portion where you're excused for faculty dicsussion. Besides Drs. Clarke and Walthall, who else is involved?
>
>
> All best,
>
> PJED
>
>
>
> Penelope J. E. Davies  FSA
>
> Professor
>
> Department of Art and Art History
>
> University of Texas at Austin, 2301 San Jacinto Blvd, D 1300
>
> Austin, TX 78712, USA
>
> T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu
>
>
> Hedda Andersson Professor
>
> Institutionen för arkeologi och antikens historia
>
> Lunds universitet
>
> Sweden

<p style="text-align: center; color: red;"><strong>EXHIBIT D</strong></p>

**From:** Amanda Valenzuela <███████████████████>
**Date:** Tuesday, July 28, 2020 at 10:50 AM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Colloquium

Dear Dr. Davies,

Thank you for looking into this, please let me know how to proceed with the zoom conference. I will get my presentation together today.

All the best,

Amanda

On Mon, Jul 27, 2020 at 5:39 PM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

> Dear Amanda,
>
> That's great! And yes, you seem to have a clear sense of the procedure. Your presentation should just outline the question and how you plan to go about answering it. Sometimes students choose to apply their method briefly to one aspect of the monument/material, but that's up to you.
>
> Let me look into the best way to organize the zoom conference so that you can be 'excused'. It may be most straightforward if I chair the meeting. Stay tuned.
>
> All best,
>
> PJED
>
> Penelope J. E. Davies  FSA
>
> Professor

**EXHIBIT D**

Department of Art and Art History

University of Texas at Austin, 2301 San Jacinto Blvd, D 1300

Austin, TX 78712, USA

T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu


Hedda Andersson Professor

Institutionen för arkeologi och antikens historia

Lunds universitet

Sweden

---

**From:** Amanda Valenzuela █████████████████████
**Date:** Monday, July 27, 2020 at 5:28 PM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Colloquium


Dear Dr. Davies,


It looks like Friday the 31st from 2 PM - 3PM works for everyone! I will go ahead and send out zoom invitations. I understand that there is to be a short presentation with a power point, a section for questions, then traditionally the student is excused from the room while the committee discusses. Once a decision has been made then the student is invited back in, with pass or fail as well as comments and advice.


However, I am not totally certain how you all would like to do this over zoom?

Was there anything you felt I should specifically include in my presentation?



On Mon, Jul 27, 2020 at 11:09 AM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

> Dear Amanda,
>
>
> Yes, that works for me. That's great.

**EXHIBIT D**

Are you clear on the process for the colloquium?

All best,

PJED

Penelope J. E. Davies  FSA

Professor

Department of Art and Art History

University of Texas at Austin, 2301 San Jacinto Blvd, D 1300

Austin, TX 78712, USA

T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor

Institutionen för arkeologi och antikens historia

Lunds universitet

Sweden

---

**From:** Amanda Valenzuela █████████████████████
**Date:** Monday, July 27, 2020 at 11:08 AM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Colloquium

Dear Dr. Davies,

I have just sent out another round of emails and have heard back from most everyone. Does 2PM- 3PM this Friday the 31st work for you?

All the best,

Amanda

**EXHIBIT D**

On Mon, Jul 27, 2020 at 10:41 AM Amanda Valenzuela ██████████████████ wrote:

Dear Dr. Davies,

Thank you, and yes I have heard from Dr. Walthall. Thank you for checking in with him, if you did give him a nudge. I will go ahead and check in with everyone again to see if we can schedule for Friday.

All the best,

Amanda

On Sun, Jul 26, 2020 at 3:59 PM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

Dear Amanda,

Thanks for this. I believe you should by now have heard from Dr. Walthall. If you'd still like to go ahead with some time this coming Friday, I suspect we could all make it work, though you'd have to just check again quickly.

All best,

PJED

Penelope J. E. Davies  FSA

Professor

Department of Art and Art History

University of Texas at Austin, 2301 San Jacinto Blvd, D 1300

Austin, TX 78712, USA

T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor

Institutionen för arkeologi och antikens historia

Lunds universitet

Sweden

# EXHIBIT D

---

**From:** Amanda Valenzuela ███████████
**Date:** Friday, July 24, 2020 at 3:35 PM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Colloquium

Dear Dr. Davies,

Thank you for all of your feedback. I have reviewed your comments and revised accordingly. I will go ahead and send the prospectus out to the members of my committee. I am still waiting to hear back from Dr. Walthall from the Classics Department. I have attached my prospectus below.

Thank you for your time.

All the best,

Amanda Valenzuela

On Fri, Jul 24, 2020 at 10:02 AM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

> Dear Amanda,
>
> One other thing: who are you still waiting for? Perhaps I can nudge them. It would be great if you could get this prospectus out today and potentially have a colloquium next Friday.
>
> All best,
>
> PJED
>
> Penelope J. E. Davies  FSA
>
> Professor
>
> Department of Art and Art History

EXHIBIT D

University of Texas at Austin, 2301 San Jacinto Blvd, D 1300

Austin, TX 78712, USA

T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor

Institutionen för arkeologi och antikens historia

Lunds universitet

Sweden

---

**From:** Amanda Valenzuela ███████████████████████
**Date:** Thursday, July 23, 2020 at 9:11 PM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Colloquium

Dear Dr. Davies,

Thank you for checking in with me. I am still waiting for one committee member to respond with his availability, so I may not be able to schedule in a timely fashion as per the handbook. However, if I do not hear from all members soon I know that I can reschedule for once the Fall Semester begins.

I have attached my prospectus with the new edits. I think I was able to consolidate all the editing so hopefully it is easier for you to read and get through this time around. As always, I look forward to any feedback you have and hope to make it as improved as possible.

Thank you for your time.

All the best,

Amanda

On Thu, Jul 23, 2020 at 2:52 PM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

Dear Amanda,

I'm just checking in on your prospectus and colloquium. Have you managed to set a date yet? Just

**EXHIBIT D**

a reminder: after I've seen a final version of the prospectus, as per the handbook of graduate studies you should present it to the other members of your committee at least a week before the scheduled day.

I hope all is going well.

Best wishes,

PJED

Penelope J. E. Davies  FSA

Professor

Department of Art and Art History

University of Texas at Austin, 2301 San Jacinto Blvd, D 1300

Austin, TX 78712, USA

T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor

Institutionen för arkeologi och antikens historia

Lunds universitet

Sweden

Sunday, July 19, 2020 at 6:03:42 PM Central Daylight Time

**EXHIBIT D**

**Subject:** Re: Advising
**Date:** Monday, July 6, 2020 at 2:55:11 PM Central Daylight Time
**From:** Davies, Penelope J
**To:** Amanda Valenzuela

Dear Amanda,

Since you seem pretty close to being ready, why don't you see if you can get your committee on board for a zoom colloquium sooner rather than later. I will be out of commission from July 9th – 20th, but could do pretty much any other time until the start of the semester. Why not try a google poll?

All best,
PJED

Penelope J. E. Davies  FSA

Professor
Department of Art and Art History
University of Texas at Austin, 2301 San Jacinto Blvd, D 1300
Austin, TX 78712, USA
T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor
Institutionen för arkeologi och antikens historia
Lunds universitet
Sweden

**From:** Amanda Valenzuela ███████████████████
**Date:** Wednesday, July 1, 2020 at 4:30 PM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Advising

Dear Dr. Davies,

Thank you for your remarks. Just out of curiosity, were you able to view a clean version of the document without all the crazy markups? I am looking at it now, with the edits, and I'm seeing sections that I decided to edit out. I just want to make sure that I did not overwhelm you with multicolored edits and markups.

I will start inquiring about dates. May I begin by asking what weeks / days you would find most convenient?

All best,
Amanda

On Wed, Jul 1, 2020 at 3:20 PM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

> Dear Amanda,
>
> Thanks for this. I've attached a newly marked up version. It's definitely moving in the right direction and, in my opinion, once you've made some changes (mostly editorial, but a few issues of content) it's good to go.

**EXHIBIT D**

Well done.

I suggest you get onto corralling faculty for your colloquium as soon as possible; typically colloquia don't take place during the summer break months, but it would be good to get on everyone's calendar for the end of August so you can move swiftly along. I've had to cancel most of my summer plans so I'm back in Austin already.

Stay well, and all best wishes,

PJED

Penelope J. E. Davies  FSA

Professor
Department of Art and Art History
University of Texas at Austin, 2301 San Jacinto Blvd, D 1300
Austin, TX 78712, USA
T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

Hedda Andersson Professor
Institutionen för arkeologi och antikens historia
Lunds universitet
Sweden

---

**From:** Amanda Valenzuela ███████████████████
**Date:** Wednesday, July 1, 2020 at 7:14 AM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Re: Advising

Dear Dr. Davies,

I hope you have been safe during this new surge of Covid. I reviewed your comments on my prospectus and made some revisions. I will attach it below in both a word document as well as a pdf, just in case there are difficulties in viewing it. Please let me know your thoughts, edits are never ending and always constructive. Once we agree that the prospectus is in good shape I will start reaching out to faculty members to schedule my colloquium around your availability.

All the best,
Amanda

On Tue, Jun 2, 2020 at 5:45 PM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

**EXHIBIT D**

Dear Amanda,

Good to hear from you, and I hope you're staying well in these strange times. I'll be back and fully available at the end of August. If there's a time before that that would work bets for you, try me; I may be able to do it by zoom from Sweden or wherever I am.

Did you have any thoughts on my suggestions on the prospectus?

All best,
PJED

Penelope J. E. Davies  FSA

Hedda Andersson Professor
Institutionen för arkeologi och antikens historia
Lunds universitet
Sweden
E penelope.davies@klass.lu.se

Professor
Department of Art and Art History
University of Texas at Austin, 2301 San Jacinto Blvd, D 1300
Austin, TX 78712, USA
T +1 512 232.2319  |  F +1 512 471.5539  |  E pjedavies@austin.utexas.edu

**From:** Amanda Valenzuela ██████████████████████
**Date:** Tuesday, June 2, 2020 at 4:07 PM
**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>
**Subject:** Advising

Dear Dr. Davies,

I hope that you have been well during the pandemic. I recently had advising with Dr. Clarke and he let me know that you are still on sabbatical, but I thought it would be a good idea to go ahead and touch base with you. I am hoping to schedule my colloquium once faculty members are available again. May I ask for a general time frame in which you are available?

Thank you for your time.
All best,
Amanda Valenzuela

## EXHIBIT D

**Subject:** Re: Prospectus Draft

**Date:** Wednesday, June 12, 2019 at 1:02:05 PM Central Daylight Time

**From:** Amanda Valenzuela

**To:** Davies, Penelope J

Dear Dr. Davies,

I hope your summer is off to a great start. Thank you for your comments, I will look over it carefully.
I plan to schedule my colloquium late August when the new semester begins and to finish out my thesis by December.

Respectfully,
Amanda Valenzuela

On Tue, May 28, 2019 at 5:13 PM Davies, Penelope J <pjedavies@austin.utexas.edu> wrote:

Dear Amanda,

I'm returning a marked-up copy of your prospectus draft. This is a good first pass; please see my comments for tightening it up a little and working on phrasing. What is your plan for timing of this?

All best,

PJED

Penelope J. E. Davies  I  Professor I  FSA

Department of Art & Art History

University of Texas at Austin, 2301 San Jacinto Blvd, D 1300, Austin, TX 78712, USA

T +1 512 232.2319  I  F +1 512 471.5539  I  E pjedavies@austin.utexas.edu

**From:** Amanda Valenzuela ███████████████

**Date:** Friday, May 17, 2019 at 8:49 PM

**To:** "Davies, Penelope J" <pjedavies@austin.utexas.edu>

**Subject:** Prospectus Draft

Dear Dr. Davies,

**EXHIBIT D**

I hope the end of the semester is treating you well. Attached is a draft of my prospectus. I understand my progress has been slow and that I will have to register again for thesis credits. Please let me know your thoughts and I will make the revisions and proceed accordingly. I am happy to communicate in office hours (I know you are likely traveling) or via email, whichever is most convenient for you.


Respectfully,

Amanda Valenzuela

This message is from an external sender. Learn more about why this matters.

This message is from an external sender. Learn more about why this matters.