**EXHIBIT E**

 Re: MA Colloquium for Amanda Valenzuela (doodle poll link at bottom)

 **Papalexandrou, Athanasio**
Amanda Valenzuela
Wednesday, October 31, 2018 at 2:26 PM
Show Details

→ You forwarded this message on 7/17/20, 4:34 PM.                    Show Forwar

Hi Amanda,
Thanks for your kind invitation but I have to say no. I do not know you as a student at all and, to be honest, the fact that you have avoided any contact with me since the beginning of your studies here has rubbed me the wrong way. Asking me to commit time and energy to your project in the 11th hour is not proper, or so I find it and I am very sorry for it.

I wish you all good luck with the pursuit of your degree.

Best,
Nassos Papalexandrou



Nassos Papalexandrou
Associate Professor
Department of Art and Art History
The University of Texas at Austin
papalex@austin.utexas.edu

CV: https://art.utexas.edu/about/people/nassos-papalexandrou

Publications:
https://utexas.academia.edu/NassosPapalexandrou

Research projects
www.materialentanglements.org

www.cac.rice.edu


--


**From:** Amanda Valenzuela ▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Wednesday, October 31, 2018 at 2:19 PM
**To:** Nassos Papalexandrou <papalex@austin.utexas.edu>
**Subject:** MA Colloquium for Amanda Valenzuela (doodle poll link at bottom)

**EXHIBIT E**

Dear Dr. Papalexandrou,

I hope that you are having a productive semester. I am writing to ask if you would be a member of my Thesis Colloquium. The topic I have selected is on the Temple of Apollo Sosianus. Much of the existing literature on the temple focus on Octavian's role in the completion of the temple and frequently focuses on single architectural or decorative elements. I will take a more diverse approach in studying the Temple of Apollo Sosianus. The location's *lieu de mémoire* will play an integral roll to better understand the motivations for the temple's restoration and political implications in the 30s BC, which emphasizes the temple's triumphal association. The architectural trends and politics of the Late Republic will be employed to interpret the archaeological remains of the temple.

Thus far my studies have challenged the extent to which Octavian may have been involved in the construction of the Temple of Apollo Sosianus and emphasized C. Sosius' role. The single cella serves as an interesting example. It features a somewhat unusual double order which would have been effective storage and display for the many spoliated statues known to have been kept there. While some scholars, such as Viscogliosi, argue this was a design by Octavian so that the senate would have a generous amount of space to convene in, I argue that since Octavian actively was seeking to reduce both the senate's power and triumphs granted to non-family members, it would be counter intuitive for Octavian to provide the senate with a luxurious and efficient meeting space where triumphs were debated and appointed.

I hope that I will be able to add your expertise to my colloquium committee. Below is a link to a doodle poll with available dates and times for the Colloquium. Thank you for your time and patience.

https://doodle.com/poll/brurrribsmpfwmvi


Sincerely,

Amanda Valenzuela