**EXHIBIT G**



**DEPARTMENT OF ART AND ART HISTORY**
College of Fine Arts

*2301 San Jacinto Blvd, Stop D1300, Austin, TX 78712–0337*
*Phone: (512) 471–3382   •   Fax: (512) 471–7801   •   art.utexas.edu*

May 8, 2020

Ms. Amanda Valenzuela

SUBJECT: Readmission to the Art History Graduate Program
CC: Penelope Davies; Clare Thoman, Graduate Coordinator

Dear Amanda,

I am happy to inform you that the faculty has approved your petition for readmission to the M.A. program in Art History.

Reviewing your official records in EASI, I see that you have completed the course requirements. However, I do not have a record of your having passed the language requirement, nor that you have completed the colloquium.

The faculty looks forward to working with you as you complete your M.A.

Sincerely,

*John R Clarke*

John R. Clarke
Annie Laurie Howard Regents Professor
Graduate Adviser for Art History
www.oplontisproject.org
www.csaitx.org