IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>　　*Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN, et al.<br>　　*Defendants.* | §<br>§<br>§<br>§　Civil Action No. 1:19-cv-01202-RP<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND-AMENDED COMPLAINT**

BE IT REMEMBERED that on this day, the Court considered Defendants' Motion to Dismiss Plaintiff's Second-Amended Complaint, pursuant to FED. R. CIV. P. 12(b)(1), 12(b)(5), and 12(b)(6). After due consideration of the law and the filings of the parties, the Court finds said motion meritorious. It is therefore, **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second-Amended Complaint is **GRANTED.**

It is further **ORDERED** that Plaintiff's claims against Defendants The University of Texas at Austin and Dr. John Clarke, are **DISMISSED** with prejudice, and the case should be administratively closed.

SIGNED this _____ day of August, 2020.

_____
HONORABLE JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT