IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>*Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN, et al.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§   Civil Action No. 1:19-cv-01202-RP<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITS**

Came on to be considered is Defendants' Unopposed Motion for Leave to Exceed Page Limits (the "Motion"). After due consideration, it is the opinion of this Court that the Motion is meritorious and should be GRANTED.

The Defendants, The University of Texas at Austin and Dr. John Clarke, are hereby granted leave to exceed the page limitation set forth in Local Rule CV-7.d.3., and file their Motion to Dismiss Plaintiff's Second Amended Complaint. The Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint shall be deemed as filed on August 3, 2020 – the date that the Motion for Leave was filed.

SIGNED this _____ day of August, 2020.

_____
HONORABLE JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT