The University of Texas at Austin
Services for Students with Disabilities

**EXHIBIT A**

# Acceptance of Services

Intake Date: October 15, 2015
Date Printed: February 28, 2018
EID: ▮▮▮▮▮▮▮
Student: Amanda Valenzuela

### Academic Accommodations, Services and Referrals

**Classroom Accommodations:**

• Permission for student to audio record lecture

• Permission to approach instructor to discuss flexible deadlines. Final determination will be made by instructor based on the structure of the course.

• Permission to discuss possibility of flexibility with attendance. Final determination will be made by instructor based on the structure of the course and by using the included Attendance Clarification Form. This form must be completed, signed by both student and instructor, and then returned to SSD in order to be officially recognized.

• Student may occasionally need to step out of class for up to 5-10 minutes.

**Testing Accommodations:**

• One and one half the allotted time for any timed activity such as taking tests and completing work in class unless speed is the factor being tested

• Test location in a reduced distraction environment

• Permission to step out/take breaks for 5-10 minutes during exams

**Services:**

• Kurzweil

• Course Load Reduction

• Accommodation Letters

Any notes, slides or audio recording received as part of an accommodation are for student's personal use only and should not be shared with others in any format (in person or electronically).

Books or materials provided in alternate format are for student's personal use only and should not be shared with others in any format (in person or electronically).

The undersigned accepts the above academic adjustments as reasonable accommodations for the documented disability(ies) and give permission to Services for Students with Disabilities staff to release disability related information to the University of Texas faculty and staff as it applies to academic policies, procedures, and accommodations. Grievance procedures can be found on the SSD website at http://ddce.utexas.edu/disability/grievance-procedures/ .

Potential implications of missing class include but are not limited to: missed notes, greater difficulty understanding the material, and the attendance accommodation does not guarantee success. If the essential requirements of the class include consistent, in-class participation (e.g. labs, theatre, music, practica, etc.) and the instructor and student are unable to arrange alternatives to completing the required work, the student might need to consider dropping the course. Please consult with your SSD Coordinator in such cases.

Student Signature: _[signature]_ Date: 2/28/18

Witness Signature: _[signature]_ Date: 2/28/18

I give permission for SSD staff to discuss information related to my academic endeavors with following individuals (list name and relationship): Jonathan Valenzuela (Husband)

Yes _X_ No ___

**Notes to Student:**

**EXHIBIT A**

# Services for Students with Disabilities
# Acceptance of Services

Date: October 15, 2015
EID: ▇▇▇▇▇▇▇
Student: Amanda Valenzuela

**Academic Accommodations, Services and Referrals**

**Classroom Accommodations:**

• Permission to audio tape lecture

• Permission to approach instructor to discuss flexible deadlines. Final determination will be made by instructor based on the structure of the course.

• Permission to discuss possibility of flexibility with attendance. Final determination will be made by instructor based on the structure of the course and by using the included Attendance Clarification Form. This form must be completed, signed by both student and instructor, and then returned to SSD in order to be officially recognized.

**Testing Accommodations:**

• One and one half the allotted time for taking tests and completing work in class unless speed is the factor being tested. This does not apply to take home exams.

• Test location in a reduced distraction environment

**Services:**

• Texts in alternative format (Kurzweil)

• Course Load Reduction

• Accommodation Letters

**Referrals:**

The undersigned accepts the above academic adjustments as reasonable accommodations for the documented disability(ies) and give permission to Services for Students with Disabilities staff to release disability related information to the University of Texas faculty and staff as it applies to academic policies, procedures, and accommodations. Grievance procedures can be found on the SSD website at http://ddce.utexas.edu/disability/grievance-procedures/ .

Potential implications of missing class include but are not limited to: missed notes, greater difficulty understanding the material, and the attendance accommodation does not guarantee success. If the essential requirements of the class include consistent, in-class participation (e.g.

# EXHIBIT A

labs, theatre, music, practica, etc.) and the instructor and student are unable to arrange alternatives to completing the required work, the student might need to consider dropping the course. Please consult with your SSD Coordinator in such cases.

Student: *Amanda Mah*     Date: 10/15/15

Witness: *[signature]*     Date: 10/15/15

I give permission for SSD staff to discuss information related to my academic endeavors with my ~~parents~~ spouse Jonathan Valenzuela

Yes __X__  No_____

**Notes to Student:**