**EXHIBIT G**



**DEPARTMENT OF ART AND ART HISTORY**

College of Fine Arts

*2301 San Jacinto Blvd, Stop D1300, Austin, TX 78712–0337*
*Phone: (512) 471–3382   •   Fax: (512) 471–7801   •   art.utexas.edu*

May 8, 2020

Ms. Amanda Valenzuela

SUBJECT: Readmission to the Art History Graduate Program
CC: Penelope Davies; Clare Thoman, Graduate Coordinator

Dear Amanda,

I am happy to inform you that the faculty has approved your petition for readmission to the M.A. program in Art History.

Reviewing your official records in EASI, I see that you have completed the course requirements. However, I do not have a record of your having passed the language requirement, nor that you have completed the colloquium.

The faculty looks forward to working with you as you complete your M.A.

Sincerely,

John R. Clarke
Annie Laurie Howard Regents Professor
Graduate Adviser for Art History
www.oplontisproject.org
www.csaitx.org