IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA, § | |
|    *fka* JANE UTAUS-VA DOE § | |
|    Plaintiff § | |
| vs. § | |
| § | C.A. No. 1:19-cv-01202-RP |
| THE UNIVERSITY OF TEXAS § | |
| AT AUSTIN and JOHN CLARK § | |
|    Defendants § | |

## ORDER GRANTING AGREED JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES

Pending before this Court is Plaintiff and Defendants' "AGREED JOINT MOTION FOR EXTENSION OF CERTAIN DEADLINES" ("Motion") (*ECF # 27*). Upon consideration of the Motion, it is the opinion of the Court that it should be GRANTED.

It is, therefore, Ordered that:

    a)    Plaintiff's deadline to respond to Defendants' MTDismiss be extended to September 22, 2020; and

    b)    Defendants' deadline to file a reply to Plaintiff's response be extended to October 13, 2020.

SIGNED on this the _____, day of September 2020.

_____
JUDGE PRESIDING