# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,  §<br>   *fka* JANE UTAUS-VA DOE  §<br>   **Plaintiff**  §<br>vs.  §<br>  §   C.A. No. 1:19-cv-01202-RP<br>THE UNIVERSITY OF TEXAS  §<br>AT AUSTIN and JOHN CLARK  §<br>   **Defendants**  § | |

## PLAINTIFF'S UNOPPOSED
## MOTION TO STAY PENDING NEW COUNSEL FOR PLAINTIFF

COMES NOW, Plaintiff AMANDA VALENZUELA to file this "PLAINTIFF'S UNOPPOSED MOTION TO STAY PENDING NEW COUNSEL FOR PLAINTIFF" ("Motion") as follows:

1. In accord with a directive from the Texas State Bar, Terry P. Gorman ("Gorman") has (a) tendered his license to practice law in the State of Texas for permanent revocation, and (b) initiated the closure of Gorman Law Firm, pllc. Gorman is the only remaining attorney within Gorman Law Firm, pllc.

2. Plaintiff is now seeking engagement with substitute counsel for Gorman,

3. As a result of the foregoing, Plaintiff now requests that this matter be stayed for sixty (60) days allowing Plaintiff the time needed to engage new counsel.

4.  Plaintiff's request is being made not for delay, but so that justice may be done.

5.  Defendant does not oppose the foregoing relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an order staying these proceedings for sixty (60) days.

Respectfully submitted,

        Gorman Law Firm, pllc

By: */s/ Terry P. Gorman*

Terry P Gorman, Esq. (lead)
Texas Bar No. 08218200
tgorman@school-law.co
14902 Preston Road, Suite 404 # 537
Dallas, Texas 75254
Telephone: (214) 802-3477 (direct)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF
JANE LTISD-DD DOE**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 4th of February 2021, I communicated with counsel for Defendants as to the foregoing request for relief, and <u>Defendant does NOT oppose the relief requested.</u>

_____
TERRY P. GORMAN

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of February 2021, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure utilizing the *VIA CM/ECF* filing system being:

SUMMER R. LEE
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station Austin
Texas 78711-2548
summer.lee@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**
**THE UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARK**

By: _____
Terry P Gorman, Esq.