# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,§ | |
|    *fka* JANE UTAUS-VA DOE § | |
|    **Plaintiff** § | |
| **vs.** § | |
| § | C.A. No. 1:19-cv-01202-RP |
| **THE UNIVERSITY OF TEXAS** § | |
| **AT AUSTIN and JOHN CLARK** § | |
|    **Defendants** § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY PENDING NEW COUNSEL FOR PLAINTIFF

Pending before this Court is "PLAINTIFF'S UNOPPOSED MOTION TO STAY PENDING NEW COUNSEL FOR PLAINTIFF" ("Motion").

Upon consideration of the Motion, it is the opinion of the Court that it should be GRANTED.

IT IS, THEREFORE, ORDERED that these proceedings are temporarily stayed for sixty (60) days to allow Plaintiff the opportunity to engage new counsel to replace the Gorman Law Firm, pllc.

SIGNED on this the _____, day of February 2021.

 

                                                          JUDGE PRESIDING