IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:19-cv-1202-RP |
| UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE, | | |
| Defendants. | | |

### ORDER

Before the Court is Plaintiff Amanda Valenzuela's ("Valenzuela") unopposed motion to stay this case for sixty days. (Dkt. 31). Valenzuela requests the stay in order to seek new counsel because Terry Gorman, counsel for Valenzuela, is unable to continue as counsel because of an issue with his law license. (*Id.* at 1; *see also Vengler v. Eanes Independent School District*, 1:20-cv-1004, Minute Entry, Dkt. 10). To provide Valenzuela the opportunity to secure new counsel without detriment to her case, the Court will stay this action for 60 days.

Accordingly, **IT IS ORDERED** that this case is **STAYED** until **April 12, 2021**.

**IT IS FURTHER ORDERED** that Valenzuela, on or before **April 12, 2021**, file either a motion to substitute counsel or a notice that she will proceed pro se without counsel.

**IT IS FINALLY ORDERED** that Mr. Gorman forward this Order to Valenzuela immediately upon receipt.

**SIGNED** on February 9, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE