IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-cv-1202-RP |
| UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE, | § § § § | |
| Defendants. | § § | |

## ORDER

On February 9, 2021, the Court stayed this case for sixty days to provide Plaintiff Amanda Valenzuela ("Valenzuela") the opportunity to seek new counsel because Terry Gorman, counsel for Valenzuela, is unable to continue as counsel because of an issue with his law license. (Dkt. 31; *see also* Dkt. 28; *Vengler v. Eanes Independent School District*, 1:20-cv-1004, Minute Entry, Dkt. 10). To date, there have been no further filings in this case.

Accordingly, **IT IS ORDERED** that Valenzuela, on or before **May 6, 2021**, file either a motion to substitute counsel, a notice that she will proceed pro se without counsel, or a notice apprising the Court of the status of the case.

**IT IS FURTHER ORDERED** that Mr. Gorman forward this Order to Valenzuela immediately upon receipt.

**SIGNED** on April 22, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE