CAUSE NO. 1:19-cv-01202-RP

| | | |
|---|---|---|
| AMANDA VALENZUELA<br>Plaintiff | § § § | IN THE UNITED STATES DISTRICT |
| v. | § § § § § § | COURT FOR THE WESTERN DISTRICT OF TEXAS |
| THE UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE<br>Defendant | § § § § § | AUSTIN DIVISION |

## STATUS UPDATE

TO THE HONORABLE COURT JUDGE ROBERT PITMAN:

I, Amanda Valenzuela, am attempting to comply with the Order that the Plaintiff file a motion to substitute counsel, a notice that she will proceed pro se without counsel, or status of the case. The loss of my attorney in this case was sudden and unexpected. Additionally, the situation which caused the loss of counsel, Mr. Gorman's discontinued ability to practice law, has complicated my search for new counsel. Due to these complications, I would like to request an extension of one month while I seek new counsel.

Dated: May 5th, 2021

Respectfully submitted,

AMANDA VALENZUELA

*[signature]*

800 CARIBOU RIDGE TRAIL
PFLUGERVILLE, TX 78660

512-590-9212

1