**RECEIVED**
June 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
        DEPUTY

**FILED**
June 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
        DEPUTY

CAUSE NO. 1:19-cv-01202-RP

| | |
|---|---|
| **AMANDA VALENZUELA**<br>**Plaintiff**<br><br>v.<br><br>**THE UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE**<br>**Defendant** | § § § § § § § § § § § § § § § § § §<br><br>IN THE UNITED STATES DISTRICT<br><br><br>COURT FOR THE WESTERN DISTRICT OF TEXAS<br><br><br>AUSTIN DIVISION |

## STATUS UPDATE

TO THE HONORABLE COURT JUDGE ROBERT PITMAN:

I, Amanda Valenzuela, am attempting to comply with the Order that the Plaintiff file a motion to substitute counsel, a notice that she will proceed pro se without counsel, or status of the case. The loss of my attorney in this case was sudden and unexpected. Additionally, the situation which caused the loss of counsel, Mr. Gorman's discontinued ability to practice law, has complicated my search for new counsel. I am currently in the consultation phase with several firms, and will have a choice made on new counsel by the end of this month.

Dated: June 21st , 2021

Respectfully submitted,

AMANDA VALENZUELA

*Amanda William* (signature)

800 CARIBOU RIDGE TRAIL
PFLUGERVILLE, TX 78660

512-590-9212

1