IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-cv-1202-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On February 9, 2021, the Court stayed this case to provide Plaintiff Amanda Valenzuela ("Valenzuela") the opportunity to seek new counsel because Terry Gorman, counsel for Valenzuela, is unable to continue as counsel because of an issue with his law license. (Dkt. 31; *see also* Dkt. 28; *Vengler v. Eanes Independent School District*, 1:20-cv-1004, Minute Entry, Dkt. 10). Valenzuela has since filed status updates indicating that she is still searching for new counsel, but would have new counsel by the end of June. (Dkt. 36).

Accordingly, **IT IS ORDERED** that Valenzuela, on or before **August 9, 2021**, file either a motion to substitute counsel, a notice that she will proceed pro se without counsel, or a notice apprising the Court of the status of the case.

**SIGNED** on July 14, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE