IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-cv-1202-RP |
| UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE, | § § § § | |
| Defendants. | § § | |

### ORDER

The Court previously stayed this case to allow Plaintiff Amanda Valenzuela ("Valenzuela") time to seek new counsel. (*See* Dkt. 32, 35). On August 5, 2021, the Law Office of Keith Altman indicated to the Court via email that it had been retained by Valenzuela in this case. There have been no further filings in this case.

Accordingly, **IT IS ORDERED** that Valenzuela, on or before **September 1, 2021**, file either a motion to substitute counsel or a notice updating the Court on the status of this case.

**SIGNED** on August 18, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE