IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>  *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT<br>AUSTIN and JOHN CLARKE,<br>  *Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:19-cv-1202-RP<br>§<br>§<br>§<br>§ |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
### AND SUBSTITUTE COUNSEL

Defendants, The University of Texas at Austin ("UT Austin") and John Clark, Ph.D. ("Dr. Clarke") (collectively "Defendants"), file this Unopposed Motion to Withdraw and Substitute Counsel. In support, Defendants state the following:

1. Assistant Attorney General Summer R. Lee is currently listed as counsel for Defendants in the above-captioned cause.

2. There is good cause to withdraw Ms. Lee as counsel for Defendants because Ms. Lee is leaving the employment of the Office of the Attorney General of Texas as of the date of this filing. The withdrawal will not delay these proceedings.

3. Defendants request that Assistant Attorney General Jeffrey E. Farrell be substituted as counsel for Defendants in this matter.

4. Ms. Lee should be removed from all correspondence and notifications in this matter, and Mr. Farrell should be listed as counsel for Defendants and may be contacted through the information provided below:

1

JEFFREY E. FARRELL
Texas Bar No. 00787453
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
jeffrey.farrell@oag.texas.gov

For the foregoing reasons, Defendants respectfully request that the Court grant this motion to withdraw Assistant Attorney General Summer R. Lee as counsel and substitute Assistant Attorney General Jeffrey E. Farrell in the above-captioned cause.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    SHAWN COWLES
    Deputy Attorney General for Civil Litigation

    THOMAS A. ALBRIGHT
    Chief for General Litigation Division

    */s/ Jeffrey E. Farrell*
    SUMMER R. LEE
    Texas Bar No. 24046283
    Jeffrey E. Farrell
    Texas Bar No. 00787453
    Assistant Attorneys General
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    Telephone: (512) 463-2120
    Facsimile: (512) 320-0667

summer.lee@oag.texas.gov
jeffrey.farrell@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that the undersigned has conferred with Plaintiff and/or her counsel and Plaintiff is not opposed to the requested substitution of counsel.

*/s/ Summer R. Lee*
Summer R. Lee
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served a true and correct copy of the foregoing to the following in compliance with the Federal Rules of Civil Procedure.

Amanda Valenzuela
800 Caribou Ridge Trail
Pflugerville, Texas 78660

 *Via email:* amanda.n.valenzuela@gmail.com

Keith Altman
33228 West 12 Mile Rd., Suite 375
Farmington Hills, MI 48334

 *Via email:* keithaltman@kaltmanlaw.com

*/s/ Jeffrey E. Farrell*
Jeffrey E. Farrell
Assistant Attorney General