UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>*Plaintiff,* | Civil Action No. 1:19-cv-01202 |
| v.<br>UNIVESITY OF TEXAS AT AUSTIN and JOHN CLARKE<br>*Defendants.* | NOTICE OF APPEARANCE, KEITH ALTMAN FOR PLAINTIFF |

**PLEASE TAKE NOTICE** that the undersigned attorney Keith Altman hereby appears on behalf of the Plaintiff Amanda Valenzuela and requests that a copy of all papers in this action be served upon him at the address below.

Dated:  November 2, 2021         Respectfully Submitted,

*/s/ Keith Altman*
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2021, I electronically filed the above document with the clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                     /s/ Keith Altman
                                     Keith Altman
                                     The Law Office of Keith Altman