# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Jane Utaus-Va Doe, Amanda Valenzuela § | |
| § | CIVIL NO: |
| vs. § | AU:19-CV-01202-RP |
| § | |
| University of Texas At Austin § | |

## ORDER CANCELLING TELEPHONE CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **TELEPHONE CONFERENCE** on **Wednesday, December 15, 2021 at 09:50 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 6th day of December, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE