UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AMANDA VALENZUELA,** *Plaintiff,* | Civil Action No. 1:19-cv-01202 |
| v. | NOTICE OF APPEARANCE, AMANDA L. BRUSS FOR PLAINTIFF |
| **UNIVESITY OF TEXAS AT AUSTIN and JOHN CLARKE** *Defendants.* | |

**PLEASE TAKE NOTICE** that the undersigned attorney Amanda L. Bruss hereby appears on behalf of the Plaintiff Amanda Valenzuela and requests that a copy of all papers in this action be served upon her at the address below.

Dated:  January 3, 2022

Respectfully Submitted,

*/s/ Amanda L. Bruss*
Amanda L. Bruss
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
amandabruss@kaltmanlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2022, I electronically filed the above document with the clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                          /s/ Amanda L. Bruss
                                          Amanda L. Bruss
                                          The Law Office of Keith Altman