IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-1202-RP |
| UNIVERSITY OF TEXAS AT AUSTIN and JOHN CLARKE, | § § § | |
| Defendant. | § § | |

**ORDER**

On February 8, 2021, the Plaintiff filed an unopposed motion to stay the case, (Dkt. 39), while she found new counsel. On November 4, 2021, Plaintiff's new representation appeared in the case. (Dkt. 40). On January 5, 2022, the Court held a status conference hearing where the parties agreed to lift the stay in the case. (Dkt. 45).

Accordingly, **IT IS ORDERED** that the stay is **LIFTED**.

**SIGNED** on January 7, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE