IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>    *Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN<br>    *Defendant.* | §<br>§<br>§<br>§     Civil Action No. 1:19-cv-01202-RP<br>§<br>§<br>§ |

## ORDER

Came on to be considered is Defendant The University of Texas at Austin's Unopposed Motion to Extend Time to File Responsive Pleading to Plaintiff's Third Amended Complaint (the "Motion"). After due consideration, it is the opinion of this Court that the Motion is meritorious and should be GRANTED.

The Defendant, The University of Texas at Austin, shall file an Answer or other responsive pleading under Federal Rule of Civil Procedure 12 no later than June 3, 2022.

SIGNED this _____ day of May, 2022.

_____
HONORABLE JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT