IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 1:19-cv-01202-RP |
| | § | |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN | § | |
| and JOHN CLARKE | § | |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AMANDA L. BRUSS AS COUNSEL OF RECORD

Plaintiff, Amanda Valenzuela ("Plaintiff"), files this Unopposed Motion to Withdraw Amanda L. Bruss as Counsel of Record. In Support, Plaintiff states the following:

1.  Attorneys Keith Altman and Amanda L. Bruss are currently listed as counsel for Plaintiff in the above-captioned cause.

2.  There is good cause to withdraw Ms. Bruss as counsel for Plaintiff because as of January 26, 2022, Ms. Bruss left employment with the Law Office of Keith Altman.

3.  The withdrawal will not delay these proceedings.

4.  Keith Altman will remain as counsel for Plaintiff.

5.  Ms. Bruss should be removed from all correspondence and notifications in this matter, and only Mr. Altman should remain listed as counsel for Plaintiff.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this

Unopposed Motion to Withdraw Amanda L. Bruss as Counsel of Record in the above-

captioned cause.

Dated:  May 18, 2022                    Respectfully Submitted,

                                        */s/ Keith Altman*
                                        Keith Altman
                                        The Law Office of Keith Altman
                                        33228 West 12 Mile Road - Suite 375
                                        Farmington Hills, Michigan 48334
                                        Telephone: (248) 987-8929
                                        keithaltman@kaltmanlaw.com
                                        *Counsel for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on the 18th day of May, 2022, the undersigned counsel contacted Defendants' counsel via email to discuss the contents of this motion and Defendants are not opposed to the requested withdrawal of Amanda L. Bruss as counsel of record.

                                        */s/ Keith Altman*
                                        Keith Altman

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, thereby serving all registered users in this case.

                                        */s/ Keith Altman*
                                        Keith Altman