IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMANDA VALENZUELA,<br>    *Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS<br>AT AUSTIN<br>    *Defendant.* | §<br>§<br>§<br>§<br>§   Civil Action No. 1:19-cv-01202-RP<br>§<br>§ |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

On this day the Court considered Defendant, The University of Texas at Austin's Motion to Dismiss Plaintiff's Third Amended Complaint. After due consideration, the Court finds the motion meritorious.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint is GRANTED in all respects.

IT IS FURTHER ORDERED that all claims filed against Defendant, The University of Texas at Austin are hereby DISMISSED WITH PREJUDICE.

Signed on _____, 2022, at Houston, Texas.

_____
HONORABLE JUDGE ROBERT PITMAN
UNITED STATES DISTRICT COURT