IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:19-cv-1202-RP |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant*. | §<br>§<br>§<br>§ | |

**DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule AT-3, Defendant The University of Texas at Austin ("UT Austin") files this Unopposed Motion for Substitution of Counsel and in support thereof respectfully show:

1. Assistant Attorney General Jeffrey E. Farrell is currently designated as lead counsel for the UT Austin.

2. Mr. Farrell has recently accepted a position outside the Office of the Attorney General of Texas. As a result, Mr. Farrell seeks to withdraw as an attorney of record in this case.

3. This case has been administratively reassigned to:

   Yvonne D. Bennett
   Texas Bar No. 24052183
   Assistant Attorney General
   OFFICE OF THE ATTORNEY GENERAL
   General Litigation Division
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711-2548
   (512) 463-2120 / Fax (512) 320-0667
   yvonne.bennett@oag.texas.gov

4. Yvonne Bennett is licensed to practice law in the State of Texas and is a member of good standing of the U.S. District Court for the Western District of Texas.

5. Yvonne Bennett should be designated as lead counsel for UT Austin.

6. This withdrawal will not delay any proceedings.

7. For the reasons stated above, Defendant respectfully requests that the Court grant this motion to withdraw Jeffrey E. Farrell as counsel for UT Austin, designate Yvonne Bennett as lead counsel for UT Austin, and remove Mr. Farrell from all further electronic notifications regarding this case.

8. Defendant respectfully requests that all future correspondence and service be directed to Ms. Bennett.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief - General Litigation Division

/s/   *Jeffrey E. Farrell*
JEFFREY E. FARRELL
Texas Bar No. 00787453
YVONNE D. BENNETT
Texas Bar No. 24052183
Assistant Attorneys General
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/(512) 320-0667 FAX
jeffrey.farrell@oag.texas.gov
yvonne.bennett@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), I hereby certify that I conferred with counsel for Plaintiff via e-mail on August 23, 2022 regarding the relief sought in this Motion. Counsel indicated that he did not oppose the requested relief.

/s/  *Jeffrey E. Farrell*
JEFFREY E. FARRELL
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service.

/s/  *Jeffrey E. Farrell*
JEFFREY E. FARRELL
Assistant Attorney General