**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:19-cv-1202-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR SUBSTITUTION OF COUNSEL**

Before the Court is the Defendant's Unopposed Motion for Substitution of Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Substitution of Counsel is hereby GRANTED. Attorney Jeffrey E. Farrell is hereby withdrawn from this case, and that attorney Yvonne Bennett is designated as attorney-in-charge on behalf of Defendant UT Austin.

SIGNED this _____ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE