IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA VALENZUELA, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:19-CV-1202-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, | | |
| Defendant. | | |

## FINAL JUDGMENT

On March 29, 2023, the Court entered an order granting Defendant's motion to dismiss and dismissing Plaintiff's claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on March 30, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE